# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO. 3:06CR55-RJC-12

FILED
CHARLOTTE, NC

DEC 1 1 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## UNITED STATES OF AMERICA

## V.                                    MEMORANDUM AND ORDER

### David Duc Do

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in that the property seized while the above defendant was under Pretrial supervision, one police baton, be ordered destroyed. The above defendant is presently serving an active sentence in the Federal Bureau of Prisons. He was sentenced by Your Honor on 4/29/08 to 24 months incarceration and 2 years TSR.

**IT IS , THEREFORE ORDERED** that the Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized item.

_12.11.09_
Date

_Robert J Conrad_
Signature of Judicial Officer

Robert J. Conrad, Chief U.S. District Judge

Name and Title of Judicial Officer